Steven J. Shamburek
Alaska Bar No. 8606063
LAW OFFICE OF STEVEN J. SHAMBUREK
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 522-5339 Phone

Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INDEPENDENT BANK OF TEXAS, | ) |
| Plaintiff, | ) IN ADMIRALTY |
| v. | ) Case N0. 3:11-cv- ____ |
| M/V JANICE RUTH II, Official Number 1118444, her engines, gear, tackle, and appurtenances, In Rem, and THE MARTHA REYNOLDS TRUST, In Personam, | ) **VERIFIED COMPLAINT TO FORECLOSE PREFERRED MARINE MORTGAGE IN REM AND IN PERSONAM AND FOR OTHER RELIEF** |
| Defendants. | ) |

Comes now plaintiff Independent Bank of Texas, by and through counsel, and complains and alleges as follows:

1. This is a matter of admiralty and maritime jurisdiction under 46 U.S.C. sections 31322 and 31325. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure.

2. This court also has supplemental jurisdiction pursuant to 28 U.S.C. section 1367.

1

3. Plaintiff Independent Bank of Texas is a state chartered bank created under the laws of the state of Texas and is qualified to bring and maintain this action.

4. Defendant M/V JANICE RUTH II, Official Number 1118444 ("Vessel") is a 2001 Sea Ray 480 Sedan Bridge Motor Yacht, hull identification number SERP5329D101, duly documented under the laws of the United States. The Vessel is presently moored in Valdez, Alaska and is within this district and subject to the jurisdiction of this Court.

5. Defendant The Martha Reynolds Trust is an irrevocable trust created under the laws of the state of Texas and maker of Note 1 and Note 2 discussed below.

6. On or about March 24, 2010, for valuable consideration, defendant Martha Reynolds Trust made, executed, and delivered a promissory note ("Note 1") to plaintiff. Note 1, which is in the principal amount of $748,542.00, provided for eleven monthly payments of interest only beginning April 24, 2010 and one principal and interest payment for all principal and interest not yet satisfied. On or about September 24, 2010, the terms were changed to provide five monthly payments of interest only beginning on October 24, 2010 and one principal and interest payment for all principal and interest not yet satisfied at an interest rate of three and one half percent (3.5%) per annum. A copy of Note 1 is attached hereto and incorporated herein by this reference as Exhibit 1.

7.  On or about March 31, 2010, in order to secure payment under the terms of Note 1, defendant The Martha Reynolds Trust, in accordance with and pursuant to the provisions of the Ship Mortgage Act of 1920, as amended, made, executed, and delivered a Preferred Marine Mortgage or a Preferred ship Mortgage ("Mortgage") on the defendant Vessel, M/V JANICE RUTH II, Official Number 1118444, to Independent Bank of Texas, as mortgagee.  At that same time, all things required to be done in order to give the Mortgage the status of a preferred mortgage were done.  The Mortgage was recorded by the United States Coast Guard National Vessel Documentation Center on July 23, 2010 in Document ID 12356163.  A copy of the Mortgage is attached hereto and incorporated herein by this reference as Exhibit 2.

8.  On or about March 24, 2010, for valuable consideration, defendant Martha Reynolds Trust made, executed, and delivered a promissory note ("Note 2") to plaintiff.  Note 2, which is in the principal amount of $38,000.00, provided for forty eight (48) payments of principal and interest of $911.94 with interest accruing at the rate of seven percent (7.0%) per annum.  The first payment was to be made on April 24, 2010.  A copy of Note 2 is attached hereto and incorporated herein by this reference as Exhibit 3.  Note 1 and Note 2 are at times referred to as the "Notes."

9.  On or about March 24, 2010, in order to secure payment under the terms of Note 2, defendant The Martha Reynolds Trust executed

a Commercial Security Agreement ("Security Agreement") granting a security interest in and to a 2008 Ford F-450 Pickup truck VIN 1FTXW43R18EA78249 ("Truck") for the benefit of Independent Bank of Texas. A copy of the Security Agreement is attached hereto and incorporated herein by this reference as Exhibit 4. On information and belief, the Truck is presently in Alaska and is within this district and subject to the jurisdiction of this Court. Plaintiff's lien on the Truck is of record on the Alaska Certificate of Vehicle Title of the Truck. A copy of the Alaska Certificate of Vehicle Title is attached hereto and incorporated herein by this reference as Exhibit 5.

10. Defendant The Martha Reynolds Trust has breached the terms of Note 1 in that it failed to make the payment due on November 24, 2010 and breached the terms of Note 2 in that it failed to make the payment due on February 24, 2011. Defendant The Martha Reynolds Trust has failed to make all of the payments due since then, which failures constitute breaches of the terms of the Notes, the Mortgage and the Security Agreement. In spite of demands, defendant The Martha Reynolds Trust has failed to cure these defaults and has allowed them to continue.

11. On information and belief, the defendant The Martha Reynolds Trust may have failed to maintain the required insurance on the Vessel when it was leased to a third party and/or may have been operated outside its trading warranty.

12. The Notes also provide that if defendant Martha Reynolds Trust fails to make the monthly payments when due, then the Martha Reynolds Trust is obligated to pay an additional five percent (5%) of the regularly scheduled payment amount.

13. The records of plaintiff indicate that, as of May 24, 2011, there is $748,542.00 in unpaid principal, $45,153.82 in unpaid interest and $1,120.05 in late fees for a total of $794,815.87 due and owing on Note 1. The records of plaintiff indicate that, as of May 24, 2011, there is $30,427.93 in unpaid principal, $2,232.75 in unpaid interest and $410.31 in late fees for a total of $33,070.99 due and owing on Note 2. At the default rate of interest set out in Note 1 which is eighteen percent (18%), interest accrues at $374.27 per day. At the default rate of interest set out in Note 2 which is eighteen percent (18%), interest accrues at $15.21 per day. Interest continues to accrue and now costs have begun to accrue.

14. Note 1, Note 2, the Mortgage, and the Security Agreement provide that, in addition to principal, interest and costs, plaintiff shall be entitled to an amount of reasonable attorneys' fees.

15. Reasonable attorneys' fees and costs are accruing. If this matter is contested, additional fees and costs will be incurred.

16. Plaintiff Independent Bank of Texas made or caused to be made multiple demands for payment on the Maker. The most recent

5

Case 3:11-cv-00128-TMB-JDR   Document 1   Filed 06/14/11   Page 5 of 9

demand for payment is a letter dated May 13, 2011 and a letter dated May 16, 2011.

WHEREFORE, plaintiff Independent Bank of Texas prays for judgment as follows:

1. That plaintiff be adjudged the holder of the first preferred marine mortgage on the M/V JANICE RUTH II, Official Number 1118444, for the payment of:

   a. $794,815.87 together with accruing interest from May 24, 2011 at the rate set out in Note 1;

   b. Post-judgment interest, at the rate set out in Note 1 or pursuant to federal law, from the date of entry of judgment until paid;

   c. All costs of this action, including charges for all fees for keepers and substitute custodians and their costs incurred in this action and for all expenses for the arrest, movement, custody and/or sale of the defendant Vessel, her engines, gear, tackle, and appurtenances; and

   d. Reasonable attorneys' fees.

2. That process in due form of law issue against the defendant Vessel.

3. That this Court declare the lien of the Mortgage to be superior to all other liens which may exist against the Vessel.

4. That the Mortgage be foreclosed and the defendant Vessel, M/V JANICE RUTH II, Official Number 1118444, her engines, gear, tackle, and appurtenances be sold in accordance with the

law, that the proceeds of the sale be applied and delivered to pay demands and claims of plaintiff in the amount and to the extent set forth herein, together with all costs and attorneys' fees, and that it be declared that any and all persons, firms or corporations claiming any interest in the defendant vessel be forever foreclosed of and from all rights of equity or redemption of claim in or to the defendant Vessel.

    5.    That, at the interlocutory or the final sale of the M/V JANICE RUTH II, Official Number 1118444, her engines, gear, tackle, and appurtenances, plaintiff be permitted to bid without cash deposit up to the extent of its judgment. In the event that such bid is the highest and best bid, that such amount be credited on the judgment entered herein.

    6.    That plaintiff have and recover from defendant Martha Reynolds Trust any deficiency after the application and delivery of the net proceeds of sale of the defendant Vessel, engines, gear, tackle, and appurtenances on the judgment above requested.

    7.    That plaintiff be adjudged the senior lien holder on the Truck and be allowed to pursue a claim and delivery action or other appropriate relief to foreclose its interest in the Truck, for the payment of:

    a.    $33,070.99 together with accruing interest from May 24, 2011 at the rate set out in Note 2;

7

Case 3:11-cv-00128-TMB-JDR   Document 1   Filed 06/14/11   Page 7 of 9

b.  Post-judgment interest, at the rate set out in Note 2 or pursuant to federal law, from the date of entry of judgment until paid;

8.  That amounts obtained at a commercial sale of the Truck be credited on the judgment entered herein.

9.  That plaintiff have and recover from defendant Martha Reynolds Trust any deficiency after the application and delivery of the net proceeds of sale of the Truck on the judgment above requested.

10. That plaintiff have such other and further relief in the premises and in law and justice as it may be entitled to receive.

DATED this 14th day of June, 2011.

LAW OFFICE OF STEVEN J. SHAMBUREK
Attorney for Plaintiff

/S/ Steven J. Shamburek
_____
Steven J. Shamburek
Alaska Bar No. 8606063
425 G Street, Suite 610
Anchorage, Alaska 99501
(907) 522-5339 Phone
shamburek@gci.net
shambureklaw@gci.net
shamburekbank@gci.net

STATE OF TEXAS          )
                        ) ss.
COUNTY OF DALLAS        )

     S. Richard Shook, being first duly sworn on oath, deposes and says:

     I am the Executive Vice President for the plaintiff herein. I have read the above and foregoing Verified Complaint, know the contents thereof, and believe the same to be true and correct. Each exhibit in the Verified Complaint is a true and correct copy of the original document in the Bank's records.

     DATED this _10th_ day of June, 2011.

                                               _____
                                               S. Richard Shook

     SUBSCRIBED AND SWORN to before me this _10th_ day of June, 2011 by S. Richard Shook.

                                             _____
                                             NOTARY PUBLIC in and for the
                                             State of Texas.
                                             My appointment expires _11·18·13_

[Notary Seal: ANGELA ZEPEDA, Notary Public State of Texas, Commission Expires NOVEMBER 18, 2013]

9