IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| INDEPENDENT BANK OF TEXAS, | ) | |
| Plaintiff, | ) ) ) | IN ADMIRALTY |
| v. | ) ) | 3:11-cv-00128-TMB-JDR |
| M/V JANICE RUTH II, Official Number 1116444, her engines, gear, tackle, and appurtenances, In Rem, and THE MARTHA REYNOLDS TRUST, In Personam, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

### ORDER VACATING THE SALE OF THE VESSEL

IBT moved to vacate the sale of the defendant Vessel scheduled for December 15, 2011. IBT proposed to file a status report on or before January 13, 2012 and earlier if appropriate.

The sale of the defendant Vessel scheduled for December 15, 2011 is vacated. IBT is ordered to file a status report on or before January 13, 2012 and earlier if appropriate.

IT IS SO ORDERED.

DATED this 5th day of December, 2011.

/s/ John D. Roberts, USMJ
Signature Redacted

John D. Roberts
United States Magistrate Judge

1