# MINUTES OF THE UNITED STATES DISTRICT COURT
# DISTRICT OF ALASKA

*INDEPENDENT BANK OF TEXAS v. M/V JANICE RUTH II*

Case No.  3:11-cv-0128  TMB

By:             THE HONORABLE TIMOTHY M. BURGESS

**PROCEEDINGS:**     **ORDER FROM CHAMBERS**

     Having reviewed Magistrate Judge Roberts' Report and Recommendation on Plaintiff's Motion For Default Judgment in Rem and Order of Sale (Docket No. 47) the Court hereby adopts and accepts the Report and Recommendation in its entirety.  Consequently,  Plaintiff's Motion for Default Judgment as to M/V Janice Ruth II, Official Number 1116444 in Rem and The Martha Reynolds Trust in personam and Order of Sale, (Docket 40) is GRANTED.

    **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: December 6, 2011