**MINUTES OF THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ALASKA**

*Independent Bank of Texas v. M/V Janice Ruth II, Official No. 1116444, her engines, gear,*
*tackle, and appurtenances, In Rem, and The Martha Reynolds Trust, In Personam*

Case No.  3:11-cv-128  TMB

By:                    THE HONORABLE TIMOTHY M. BURGESS

<u>**PROCEEDINGS**</u>:    **ORDER FROM CHAMBERS**

     Having reviewed Magistrate Judge Roberts' Report and Recommendation on Plaintiff's
Motion for Entry of Judgment in Rem (Docket No. 66), the Court hereby adopts the Final Report
and Recommendation in its entirety.  Consequently,  Plaintiff's Motion for Entry of Judgment in
Rem  (Docket 65), is GRANTED.

     **IT IS SO ORDERED.**

Entered at the direction of the Honorable Timothy M. Burgess, United States District Judge.

DATE: August 6, 2012