IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| INDEPENDENT BANK OF TEXAS,<br><br>               Plaintiff,<br>    vs.<br><br>M/V JANICE RUTH II, Official Number 1116444, her engines, gear, tackle, and appurtenances,<br>*In Rem*, and THE MARTHA REYNOLDS<br>TRUST, *In Personam*,,<br><br>               Defendant. | Case No. 3:11-cv-00128-TMB<br><br><br>**<u>DEFAULT JUDGMENT<br>IN A CIVIL CASE</u>** |

     **___**    **JURY VERDICT**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

     **X**    **DECISION BY COURT**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that

Plaintiff INDEPENDENT BANK OF TEXAS, recover of defendant M/V JANICE RUTH II *In Rem*, the sum of $748,542.00, together with prejudgment interest through October 21, 2011 in the amount of $101,668.74, prejudgment interest from October 22, 2011 to August 7, 2012 in the amount of $108,912.57, attorney's fees in the amount of $37,107.50, late fees totaling $1,120.05, costs in the

amount of $14,772.08, *in custodia legis* expenses of the U.S. Marshal totaling $3,508.00, and final

costs and fees as determined by the clerk in the amount of $_____ for a total judgment of

$ _____ with postjudgment interest thereon at the rate of .17% as provided by law.

APPROVED:

s/TIMOTHY M. BURGESS
_____
**TIMOTHY M. BURGESS**
United States District Judge

_____          _____
August 7, 2012                                      MARVEL HANSBRAUGH
Date                                                              Clerk

JUDGMENT IN A CIVIL CASE